**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VERONICA SANDERS-LEE,

    Plaintiff,

vs.

COUNTY OF CLARK, a Political Subdivision of the State of Nevada,

    Defendant.

2:21-CV-0019-APG-BNW

**ORDER**

    Before the Court is the Request For Exemption From ENE Attendance Requirement (ECF NO. 13). Plaintiff has filed a Non-Opposition to Defendant's Moton for Exemption from ENE Attendance Requirement (ECF NO. 14).

    Accordingly,

    IT IS HEREBY ORDERED that the Request For Exemption From ENE Attendance Requirement (ECF NO. 13) is GRANTED.

    DATED this 18th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE