TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA SANDERS-LEE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY of CLARK, a Political Subdivision of the State of Nevada;<br><br>Defendant. | CASE NO: 2:21-cv-00019-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

COMES NOW, Plaintiff, VERONICA SANDERS-LEE, "Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant COUNTY OF CLARK (hereinafter "Defendant"), by and through its counsel, STEVEN B. WOLFSON, DISTRICT ATTORNEY, by Scott R. Davis, Deputy District Attorney and Timothy Allen, Deputized Attorney, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #22).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, as Plaintiff's counsel will be out of town for some time during the briefing schedule and Plaintiff's counsel needs to confer with his client regarding the facts of the attendant motion and to formulate Plaintiff's response.

Accordingly, Plaintiff shall have up to and including October 27, 2021, to respond to

1

1  Defendant's Motion for Summary Judgment (ECF #22). Defendant's reply to Plaintiff's response
2  will be adjusted accordingly.
3  Dated:  October 6, 2021                                        Dated:   October 6, 2021
4  HATFIELD & ASSOCIATES, LTD.                      STEVEN B. WOLFSON, District Attorney

      /s/ Trevor J. Hatfield                                           /s/ Timothy Allen
By: _____          By: _____
TREVOR J. HATFIELD, ESQ. (SBN 7373)         SCOTT R. DAVIS, ESQ. (SBN 10019)
703 South Eighth Street                                        TIMOTHY ALLEN, ESQ. (SBN 14818)
Las Vegas, Nevada 89101                                     500 South Grand Central Pkwy., Ste. 5075
Tel.:  (702) 388-4469                                             Las Vegas, Nevada 89155-2215
Email:thatfield@hatfieldlawassociates.com       Tel:  (702) 455-4761
*Attorney for Plaintiff*                                             Email:  Scott.Davis@ClarkCountyDA.com
                                                                       Email:  Tim.Allen@ClarkCountyDA.com
                                                                       *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 7, 2021

### Certificate of Service

I certify that on the 6th day of October, 2021 I electronically filed and served **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 6th day of October, 2021            By:    /s/ *Freda P. Brazier*
                                                                                      An employee of Hatfield & Associates, Ltd.