TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA SANDERS-LEE, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY of CLARK, a Political Subdivision of the State of Nevada; <br><br> Defendant. | CASE NO: 2:21-cv-00019-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br> (Second Request) |

COMES NOW, Plaintiff, VERONICA SANDERS-LEE, "Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant COUNTY OF CLARK (hereinafter "Defendant"), by and through its counsel, STEVEN B. WOLFSON, DISTRICT ATTORNEY, by Scott R. Davis, Deputy District Attorney and Timothy Allen, Deputized Attorney, who do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #22). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, as Plaintiff's counsel has been in court appearances and settlement conferences and early neutral evaluations in other cases that have consumed time from the preparation of Plaintff's response. Defendant's counsel has courteously agreed to provide one week's time for Plaintiff to prepare and file her response to Defendant's motion for summary

judgment. Accordingly, Plaintiff shall have up to and including November 3, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #22). Defendant's reply to Plaintiff's response will be adjusted accordingly and any extensions of time requested by Defendant for any reply will be reciprocally stipulated.

| | |
|---|---|
| Dated: October 27, 2021 | Dated: October 27, 2021 |
| HATFIELD & ASSOCIATES, LTD. | STEVEN B. WOLFSON, District Attorney |
| */s/ Trevor J. Hatfield* <br> By: _____ <br> TREVOR J. HATFIELD, ESQ. (SBN 7373) <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Tel.: (702) 388-4469 <br> Email:thatfield@hatfieldlawassociates.com <br> *Attorney for Plaintiff* | */s/ Timothy Allen* <br> By: _____ <br> SCOTT R. DAVIS, ESQ. (SBN 10019) <br> TIMOTHY ALLEN, ESQ. (SBN 14818) <br> 500 South Grand Central Pkwy., Ste. 5075 <br> Las Vegas, Nevada 89155-2215 <br> Tel: (702) 455-4761 <br> Email: Scott.Davis@ClarkCountyDA.com <br> Email: Tim.Allen@ClarkCountyDA.com <br> *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 28, 2021