AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Veronica Sanders-Lee

　　　　　　　　　Appellant

v.

County of Clark

　　　　　　　　　Appellee

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00019-CDS-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
The judgment is entered in favor of Defendant County of Clark and against Plaintiff Veronica Sanders-Lee.

05/04/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk